# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 17, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153505(13)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

EDDIE BROWN,
      Defendant-Appellant.

SC: 153505
COA: 330907
Oakland CC: 2010-232531-FC

_____/

      On order of the Chief Justice, the motion for the appointment of counsel for defendant-appellant is GRANTED. Attorney Joseph E. Richotte (P70902) is appointed to represent defendant-appellant pro bono in the instant proceeding before this Court and shall have 42 days to submit a supplemental brief addressing the failure of prior counsel to file in the Court of Appeals, on direct review, a delayed application for leave to appeal within the deadlines set forth in former MCR 7.205(F), currently MCR 7.205(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 17, 2017



Clerk